**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

In re: KRISTIN CARIDEO; CATHERINE
CANDLER,

KRISTIN CARIDEO; CATHERINE
CANDLER,
                      *Petitioners,*

            v.

UNITED STATES DISTRICT
COURT FOR THE WESTERN
DISTRICT OF WASHINGTON,
                      *Respondent,*

DELL, INC.,
          *Real Party in Interest.*

No. 07-74458

D.C. No.
CV-06-01772-JLR

ORDER

Appeal from the United States District Court
for the Western District of Washington
James L. Robart, District Judge, Presiding

Submitted December 9, 2008*
Seattle, Washington

Filed December 16, 2008

Before: Ronald M. Gould, Richard C. Tallman, and
Consuelo M. Callahan, Circuit Judges.

---

*The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

16433

## COUNSEL

Beth E. Terrell, Terrell Marshall & Daudt PLLC, Seattle, Washington, for petitioners Kristin Carideo and Catherine Candler.

Paul Schlaud, Reeves & Brightwell LLP, Austin, Texas, for real party in interest Dell Inc.

## ORDER

The petition for writ of mandamus is DENIED without prejudice. In light of the intervening authority of *McKee v. AT & T Corp.*, 191 P.3d 845 (Wash. 2008), this case is remanded to the district court to reconsider its order denying Petitioners' Rule 60(b) motion for relief from its order compelling arbitration.

**PETITION DENIED. REMANDED FOR RECONSIDERATION.**

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson Reuters/West.